JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Las Vegas Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-mj-00489-PAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH RUSEL JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant KENNETH JENKINS and CHRISTINA BROWN, Assistant United States Attorney, that preliminary hearing currently scheduled for July 1, 2015 at 4:00 p.m., be vacated and reset to a date and time convenient to the court.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Counsel for the United States is out of the jurisdiction.

-1-

This is the first request for continuance filed herein.

DATED: July 1, 2015

| /S/ | /S/ |
|---|---|
| JESS R MARCHESE, ESQ. | CHRISTINA BROWN, ESQ. |
| 601 S. LAS VEGAS BLVD. | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 333 LAS VEGAS BOULEVARD SOUTH. #5000 |
| ATTORNEY FOR THE DEFENDANT | LAS VEGAS, NEVADA 89101 |

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Las Vegas Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-mj-00489-PAL |
| Plaintiff, | |
| v. | |
| KENNETH RUSEL JENKINS, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for defendant has spoken to United States' counsel and she has no objection to the continuance.

3. Counsel for the defendant is out of the jurisdiction on the preliminary hearing date.

This is the first request for continuance filed herein.

**CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for the sentencing.

Additionally, denial of this request for continuance could result in a miscarriage of Justice.

**ORDER**

IT IS HEREBY ORDERED that the preliminary hearing currently scheduled for July 1, 2015, at 4:00 p.m., be continued to the __3rd__ day of ____August____, **2015** at __4:00 p.m.__, in courtroom __3B__.

DATED this 14th day of July, 2015.

_____
U.S. MAGISTRATE JUDGE